UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSE ADANMA DURU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:18-CV-0693-B-BH |
| | ) | |
| JANA S. BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs*, filed March 22, 2018 (doc. 3), is **DENIED**, and the case will be dismissed for failure to prosecute or follow court orders by separate judgment.

SIGNED this 15th day of May, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE